**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 4:01CR166 |
| Plaintiff(s) | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Dajuan M. Wills | ) | |
| Defendant(s) | ) | |

A hearing was conducted on November 15, 2005, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Dajuan M. Wills and his counsel, Dennis Terez appeared. A report and recommendation was filed on November 2, 2005. The Court adopts the report and recommendation of Magistrate Judge James S. Gallas and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for imprisonment for a period of Four (4) Months and upon release from confinement the defendant's period of supervised release will terminate.

November 16, 2005                  *s/David D. Dowd, Jr.*
   Date                                    DAVID D. DOWD, JR.
                                           U. S. DISTRICT JUDGE